UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------x

UNITED STATES,

   -v-                                                               No. S2 16 CR 826-LTS

AMAR AHMED,

        Defendant.

-------------------------------------------------------x

## ORDER

The Court has received the attached letter, dated May 18, 2020, from Ramon Guzman, a friend of Mr. Ahmed, requesting Mr. Ahmed's release from custody. The Court does not entertain applications from non-lawyers on behalf of parties to matters that are before the Court. The application is therefore denied without prejudice to any application that Mr. Ahmed or his counsel may decide to make. Chambers will mail copies of this order to Messrs. Ahmed and Guzman.

      SO ORDERED.

Dated: New York, New York
       May 26, 2020

                                                        __/s/ Laura Taylor Swain_____
                                                        LAURA TAYLOR SWAIN
                                                       United States District Judge

**Copies mailed to:**
Amar Ahmed
#78692-054
FCI Loretto
Federal Correctional Institution
P.O. Box 1000
Cresson, PA 16630

Ramon Guzman
3113 Harding Ave.
Bronx, NY 10465-34008

Re: Amar Ahmed
78692-054, S2 16 Cr.826 (LTS)

The Honorable Laura Taylor Swain
United States Court House
500 Pearl Street
New York, New York
10007

RECEIVED MAY 22 2020

May 18, 2020

Dear Judge Swain,

I hope this letter finds you safe and well. My name is Ramon Guzman. I am a longtime, childhood friend of Amar. He and his brother Ali were the brothers I never had growing up. I've crossed paths with many people throughout my life, but very few have made a special impact like Amar did. He is the type of person who would drop everything he was doing to help those in need. He would give you the shirt off his back to help you when you needed it the most.

As a small business owner and co-partner with his brother, he was my go-to person to cover the business while I was on vacation or the person I would call when my workers didn't show up and we needed help at the store. I could count on him for anything I needed personally & professionally. In the uncertain environment we are facing today, his presence & his help is deeply missed. There is a void that can't be filled by anyone other than Amar himself.

Your Honor, I'm asking that you please consider releasing Amar from incarceration to not only be with his young, beautiful daughter and wife, but to also be able to provide financial support for them. Upon release he can begin working at our business, which is an essential deli and grocery store serving the Brooklyn community. The business demand is the highest it's ever been, and we can certainly use his help. More importantly, in a time where there is much anxiety and uncertainty, his family needs him home.

Thank you and I hope you consider this request.

Regards,

Ramon Guzman

Ramon Guzman
3113 Harding Ave
Bronx, NY 10465-3408

0015771

NEW YORK NY 100
19 MAY 2020 PM 10 L



The Honorable Laura Taylor Swain
United States Court House
500 Pearl Street
New York, New York 10007

10007-133099