UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-------------------------------------------------------x

UNITED STATES OF AMERICA

   -v-                                                           No. 16-CR-826-LTS-6

AMAR AHMED,

       Defendant.

-------------------------------------------------------x

## ORDER

The Court has received Defendant Amar Ahmed's pro se letter, dated August 6, 2020 (Docket Entry No. 514), which the Court construes as a memorandum in support of his motion for compassionate release pursuant to 18 U.S.C. § 3582(c)(1)(A). (Docket Entry No. 510.) The Court denied that motion, without prejudice to refiling upon a showing that Mr. Ahmed has exhausted his administrative remedies as required under section 3582(c)(1)(A), on August 25, 2020. (Docket Entry No. 511.) The Court will consider the substance of Mr. Ahmed's August 6 letter in connection with any such refiled motion.

The Clerk of Court is respectfully directed to mail a copy of this Order to defendant Ahmed, at Amar Ahmed, Reg. No. 78692-054, FCI Loretto, Federal Correctional Institution, P.O. Box 1000, Cresson, PA 16630.

    SO ORDERED.

Dated: New York, New York
       August 31, 2020

                                                           /s/ Laura Taylor Swain
                                                         LAURA TAYLOR SWAIN
                                                         United States District Judge