UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------x

UNITED STATES OF AMERICA

   -v-                                                                                                                                                                                                       No.  16-CR-826-LTS-6

AMAR AHMED,

        Defendant.

--------------------------------------------------------x

### Order

        The Court has received Defendant Amar Ahmed's <u>pro se</u> motion for a reduction in sentence pursuant to 18 U.S.C. § 3582(c)(1)(A).  The Government is directed to file its response to Mr. Ahmed's motion, which must include his BOP medical records, by **January 11, 2021**.  The Government may file under seal any medical records that are included in the response, and sensitive medical information may be redacted from the response that is filed on ECF.  The Government shall file the unredacted originals, including exhibits, under seal, with a copy of this Order, in compliance with the Sealed Records Filing Instructions located on the Court's website, at https://www.nysd.uscourts.gov/programs/records/sealed.  A complete, unredacted courtesy copy of the Government's response must be provided to Defendant and emailed to Chambers via SwainNYSDCorresp@nysd.uscourts.gov.

        The Court grants Mr. Ahmed's request for the appointment of counsel to assist him with his motion for a reduction in sentence.  Accordingly, it is hereby ORDERED that John A. Diaz, Esq., is appointed as CJA counsel to represent Mr. Ahmed in connection with his application for a reduction in sentence.  Mr. Ahmed's reply to the Government's response, if any, must be filed by **February 1, 2021.**

The Clerk of Court is respectfully directed to mail a copy of this Order to Mr. Ahmed at the below address.

SO ORDERED.

Dated: New York, New York
December 21, 2020

_/s/ Laura Taylor Swain
LAURA TAYLOR SWAIN
United States District Judge

**Copy to be mailed to**:
Amar Ahmed
Reg. No. 78692-054
FCI Loretto
Federal Correctional Institution
P.O. Box 1000
Cresson, PA 16630