UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------x

UNITED STATES OF AMERICA

   -v-                                                                                                                                                                No. 16-CR-826-LTS-6

AMAR AHMED,

        Defendant.

-------------------------------------------------------x

ORDER

The Court has received Defendant Amar Ahmed's pro se letter-motion requesting that the Court issue a recommendation, pursuant to 18 U.S.C. section 3621(b), that the Bureau of Prisons ("BOP") transfer Mr. Ahmed, for the last twelve months of his term of imprisonment—which is scheduled to end on or about May 14, 2023, see BOP, Find an Inmate, https://www.bop.gov/inmateloc/ (last visited April 16, 2021)—to a residential re-entry center, pursuant to 18 U.S.C. section 3624(c)(1).

The Government is directed to file its response to Mr. Ahmed's letter-motion, and mail a copy to Mr. Ahmed, by **April 30, 2021**.

Chambers will mail a copy of this Order to Mr. Ahmed.

SO ORDERED.

Dated: New York, New York
       April 16, 2021

                                                                    /s/ Laura Taylor Swain
                                                                    LAURA TAYLOR SWAIN
                                                                    Chief United States District Judge

**Copy mailed to**:
Amar Ahmed

Reg. No. 78692-054
FCI Loretto
Federal Correctional Institution
P.O. Box 1000
Cresson, PA 16630